IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gregory Roberts,                :
               Petitioner     :
                                 :
             v.                 :
                                 :
Workers' Compensation Appeal     :
Board (Department of Public Welfare),   :
               Respondent    :       No. 2159 C.D. 2014

# **O R D E R**

NOW, September 29, 2015, upon consideration of petitioner's "motion for reconsideration", the motion is denied.

_____

DAN PELLEGRINI,
President Judge